UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATIONAL LABOR RELATIONS
BOARD,
    Applicant,

v.

RESISTEFLAME ACQUISITION
COMPANY, INC., *et al.*,
    Respondents,
and

US BANK, NA, *et al.*,
    Garnishees.

Case No. 1:11-mc-00046

Spiegel, J.
Litkovitz, M.J.

### ORDER

This matter is before the Court pursuant to the Notice of Requested Correction filed by the National Labor Relations Board (NLRB). (Doc. 23). It is hereby ordered that this Court's September 11, 2012 Report & Recommendation, Doc. 22 at 2, is corrected to represent that the NLRB filed this action pursuant to Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, 3011, and 3205.

It is so ordered.

9/20/12
Date

KAREN L. LITKOVITZ
U.S. Magistrate Judge