```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
```

```
NATIONAL LABOR RELATIONS        :
BOARD,                          :
    Applicant,                  :
                                :
                                :    NO. 1:11-CV-00046
    v.                          :
                                :
RESISTFLAME ACQUISITION         :    ORDER
COMPANY, INC., et al.,          :
    Respondents                 :
                                :
and                             :
                                :
US BANK, NA, et al.,            :
    Garnishees                  :
```

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 22).  In her Report and Recommendation, the Magistrate Judge recommends finding that the Court has jurisdiction to hear this matter and that Respondent Resistflame and non-party company Whitestone Capital, Inc. constitute a single integrated enterprise and single employer such that the judgment against Resistflame entered by the Third Circuit Court of Appeals may properly be enforced against Whitestone.

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report

1

and Recommendation in a timely manner.  <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b), the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.  Consequently, the Court ADOPTS and AFFIRMS it in its entirety (doc. 22).  Accordingly, the National Labor Relations Board's motion for disbursement of funds is GRANTED, and the judgment entered by the Third Circuit Court of Appeals against Resistflame shall constitute judgment against—and thus be enforceable in full against-Whitestone Capital, Inc.

SO ORDERED.

Dated:  October 9, 2012   /s/ S. Arthur Spiegel
                          S. Arthur Spiegel
                          United States Senior District Judge